(Official Form 1) (10/05) West Group, Rochester, NY

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

**NORTHERN** District of **ILLINOIS**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NOWAK, STANLEY B.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Nowak, Jolanta** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **5159** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): **5293** |
| Street Address of Debtor (No. & Street, City, and State):<br>**5231 Cleveland**<br>**McHenry Illinois**                        ZIPCODE **60050** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**5231 Cleveland**<br>**McHenry Illinois**                        ZIPCODE **60050** |
| County of Residence or of the<br>Principal Place of Business: **McHenry** | County of Residence or of the<br>Principal Place of Business: **McHenry** |
| Mailing Address of Debtor (if different from street address):<br>**SAME**                        ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**SAME**                        ZIPCODE |

| Location of Principal Assets of Business Debtor<br>(If different from street address above): **NOT APPLICABLE**                        ZIPCODE |
|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

**State type of entity:** _____

**Nature of Business**

(Check **all** applicable boxes.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 9
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official form No. 3A.
- [ ] Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (10/05) West Group, Rochester, NY

| **Voluntary Petition** (*This page must be completed and filed in every case*) | Name of Debtor(s): *Stanley B. Nowak and Jolanta Nowak* |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** | (If more than one, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *Northern District of* | Case Number: *03-74457* | Date Filed: *08/22/2003* |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code.<br><br>X */s/ Paul M. Bach*          *7/19/2006*<br>Signature of Attorney for Debtor(s)     Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?<br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No | ☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**     (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) West Group, Rochester, NY                                                            FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Stanley B. Nowak and Jolanta Nowak* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Stanley B. Nowak*
_____
Signature of Debtor

X */s/ Jolanta Nowak*
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*7/19/2006*
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*7/19/2006*
_____
(Date)

### Signature of Attorney

X */s/ Paul M. Bach*
_____
Signature of Attorney for Debtor(s)

*Paul M. Bach 06209530*
_____
Printed Name of Attorney for Debtor(s)

*Law Firm of Paul M. Bach*
_____
Firm Name

*1955 Shermer Road, Unit 150*
_____
Address

*Northbrook IL   60062*
_____

*847-564-0808*
_____
Telephone Number

*7/19/2006*
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*7/19/2006*
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

FORM B6A (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5231 Cleveland Drive, McHenry, Illinois 60050 | Fee Simple | J | $ 120,000.00 | $ 120,000.00 |
| 5231 Cleveland Drive, McHenry, IL Second Lot | Fee Simple | J | $ 50,000.00 | $ 0.00 |
| | | | | |

**TOTAL $**    170,000.00

(Report also on Summary of Schedules.)

No continuation sheets attached

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash on  hand_<br>_Location: In debtor's possession_ | J | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Bank account_<br>_Location: In debtor's possession_ | J | | $ 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | _Household goods_<br>_Location: In debtor's possession_ | J | | $ 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | | |
| 6.  Wearing apparel. | | _Wearing apparel_<br>_Location: In debtor's possession_ | J | | $ 600.00 |
| 7.  Furs and jewelry. | X | | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | | |

Page    1    of    3

In re _Stanley B. Nowak and Jolanta Nowak_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | _1991 Chevy Lumina_ _Location: In debtor's possession_ | J | $ 1,200.00 |
| | | _1991 Oldsmobile Silhouette_ _Location: In debtor's possession_ | J | $ 2,500.00 |
| 26. Boats, motors, and accessories. | | _Boat_ _Location: In debtor's possession_ | J | $ 2,200.00 |

In re _Stanley B. Nowak and Jolanta Nowak_ _____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $ 7,800.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *Stanley B. Nowak and Jolanta Nowak* _____ / Debtor     Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $125,000.

(Check one box)

☐ 11 U.S.C. § 522(b) (2):

☒ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *5231 Cleveland Drive, McHenry, Illinois 60050* | *735 ILCS 5/12-901* | *$ 13,263.74* | *$ 120,000.00* |
| *Cash on hand* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Bank account* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Household goods* | *735 ILCS 5/12-1001(b)* | *$ 1,000.00* | *$ 1,000.00* |
| *Wearing apparel* | *735 ILCS 5/12-1001(a)* | *$ 600.00* | *$ 600.00* |
| *1991 Chevy Lumina* | *735 ILCS 5/12-1001(c)* | *$ 1,200.00* | *$ 1,200.00* |
| *1991 Oldsmobile Silhouette* | *735 ILCS 5/12-1001(b)* | *$ 895.00* | *$ 2,500.00* |
| *Boat* | *735 ILCS 5/12-1001(b)* | *$ 2,200.00* | *$ 2,200.00* |

FORM B6D (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor   Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above)* | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 1 McHenry County Treasurer 2200 N. Seminary Street Woodstock Illinois 60098** | J | **2002 taxes (1st Installment) 5231 Cleveland Drive, McHenry, Illinois  60050**  Value: **$ 120,000.00** | | | | **$ 900.00** | **$ 0.00** |
| Account No:  **Creditor # : 2 Option One Mortgage Corporation P.O. Box 5267 Walnut Creek CA 94596** | J | **Mortgage Arrears 5231 Cleveland Drive, McHenry, Illinois  60050**  Value: **$ 120,000.00** | | | | **$ 28,783.00** | **$ 9,519.26** |
| Account No:  **Representing: Option One Mortage Corporation** | | **Pierce & Associates 1 North Dearborn, Suite 1300 Chicago IL 60602**  Value: | | | | | |
| Account No:  **Creditor # : 3 Option One Mortage Corporation P.O. Box 5267 Walnut Creek CA 94596** | J | **1st mortgage 5231 Cleveland Drive, McHenry, Illinois  60050**  Value: **$ 120,000.00** | | | | **$ 99,836.26** | **$ 0.00** |

_1_ continuation sheets attached

Subtotal $   **129,519.26**
(Total of this page)
Total $
(Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____/ Debtor      Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above)* | Code btor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  *Representing:* **Option One Mortage Corporation** | | **Pierce & Associates 1 North Dearborn, Suite 1300 Chicago IL 60602**  Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet No. 1   of  1   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $    *0.00*
(Total of this page)
Total $   *129,519.26*
(Use only on last page)

FORM B6E (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

FORM B6F (10/05) West Group, Rochester, NY

In re  **Stanley B. Nowak and Jolanta Nowak** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No.  0040<br><br>Creditor # : 1<br>A/R Concepts, Inc.<br>2320 Dean St., Bldg 2-202<br>St Charles IL  60175 | | J | | | | | $ 43.00 |
| Account No.  0078<br><br>Creditor # : 2<br>A/R Concepts, Inc.<br>2320 Dean St., Bldg 2-202<br>St Charles IL  60175 | | J | | | | | $ 900.15 |
| Account No.  4293<br><br>Creditor # : 3<br>A/R Concepts, Inc.<br>2320 Dean St., Bldg 2-202<br>St Charles IL  60175 | | J | | | | | $ 900.15 |
| Account No.  9707<br><br>Creditor # : 4<br>ACC International<br>919 Estes Court<br>Schaumburg IL  60193-4436 | | J | | | | | $ 636.00 |

_15_ continuation sheets attached

Subtotal $                                2,479.30
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  Stanley B. Nowak and Jolanta Nowak _____ / Debtor     Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  0183<br>Creditor # : 5<br>ACC International<br>919 Estes Court<br>Schaumburg IL  60193-4436 | J | | | | | $ 106.79 |
| Account No:  0340<br>Creditor # : 6<br>Advertiser Network<br>236 W. State Route 173<br>Antioch  Illinois 60002-1897 | J | | | | | $ 21.25 |
| Account No:  7303<br>Creditor # : 7<br>Advertiser Network<br>236 W. State Route 173<br>Antioch  Illinois 60002-1897 | J | | | | | $ 21.25 |
| Account No:  88-8<br>Creditor # : 8<br>Advocate Lutheran General Hosp<br>1775 Dempster Street<br>Park Ridge Illinois 60068 | J | | | | | $ 75.74 |
| Account No:  5693<br>Creditor # : 9<br>Advocate Medical Group<br>P.O. Box 92523<br>Chicago Illinois 60675-2523 | J | | | | | $ 19.46 |
| Account No:  7436<br>Creditor # : 10<br>American General Finance<br>4005 W. Kane Ave Ste M<br>McHenry IL  60050-6305 | J | | | | | $ 1,605.00 |

Sheet No. __1__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     1,849.49
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re **Stanley B. Nowak and Jolanta Nowak** _____ / Debtor     Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:    0A14 Creditor # : 11 American Medical Collection 2269 S. Saw Mill Road, Bldg 3 Elmsford NY  10523 | J | | | | | $ 537.85 |
| Account No:    5437 Creditor # : 12 American Medical Collection 2269 South Saw Mill River Rd Building 3 Elmsford New York 10523 | J | | | | | $ 62.35 |
| Account No: Creditor # : 13 Midwestern Regional Center | J | | | | | $ 0.00 |
| Account No:    3032 Creditor # : 14 Anes Assoc. Crystal Valley 4309 Medical Center Drive Suite A201 McHenry IL  60050 | J | | | | | $ 1,174.80 |
| Account No:    3050 Creditor # : 15 Anes. Assoc. of Crystal Valley 4309 Medical Center Drive Suite A201 McHenry IL  60050 | J | | | | | $ 88.20 |
| Account No:    0054 Creditor # : 16 AT&T Broadband P.O. Box 173885 Denver CO 80217-3885 | J | | | | | $ 222.19 |

Sheet No.    2   of    15   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    2,085.39
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  <u>Stanley B. Nowak and Jolanta Nowak</u>                    / Debtor          Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Con tin gent | Un liq uid ated | Dis put ed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  9213<br>Creditor # : 17<br>AT&T Wireless<br>P.O. Box 8220<br>Aurora IL  60572-8220 | J | | | | | $ 236.46 |
| Account No:  7536<br>Creditor # : 18<br>Bankcard Services<br>P.O. Box 17051<br>Baltimore MD 21297-1051 | J | | | | | $ 477.04 |
| Account No:<br>Creditor # : 19<br>Bohdan J. Kroczek MD<br>150 N. River Road @230<br>Des Plaines IL  60016 | J | | | | | $ 39.80 |
| Account No:<br>Creditor # : 20<br>Centrega Health Care<br>c/o Pellettieri & Assoc. P.C.<br>991 Oak Creek Dr.<br>Lombard IL 60148 | J | Medical Bill | | | | $ 448.00 |
| Account No:  4016<br>Creditor # : 21<br>ComEd<br>Bill Payment Center<br>Chicago IL 60668-001 | J | | | | | $ 1,700.00 |
| Account No:  9693<br>Creditor # : 22<br>Cross Country Bank<br>P.O. Box 10011<br>Huntington WV 25770-0011 | J | Credit | | | | $ 2,860.79 |

Sheet No.  3  of  15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    5,762.09
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  *Stanley B. Nowak and Jolanta Nowak* _____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: **9693** **Representing:** **Cross Country Bank** | | *Weinstein,Treiger & Reilly* *2101 4th Avenue* *Ste 900* *Seattle  WA 98121* | | | | |
| Account No: **7846** *Discover Card* *P.O. Box 8003* *Hilliard Ohio 43026-8003* | J | Creditor # : 23 *Credit* | | | | $ 6,091.95 |
| Account No: **7846** **Representing:** **Discover Card** | | *Redline Recovery Services, LLC* *6464 Savoy Drive, 4th Floor* *Houston TX 77036* | | | | |
| Account No: **6677** *Easy Dental Care LLC* *712 Front St.* *McHenry IL  60050* | J | Creditor # : 24 | | | | $ 100.00 |
| Account No: **6628** *Easy Dental Care LLC* *712 Front St.* *McHenry IL  60050* | J | Creditor # : 25 | | | | $ 100.00 |
| Account No: **7003** *Family Medicine for McHenry C* *Payment Processing Center* *P.O. Box 742518* *Cincinnati Ohio 45274-2518* | J | Creditor # : 26 | | | | $ 475.39 |

Sheet No. __4__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)                 6,767.34

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   0744 | J | | | | | | $ 589.53 |
| Creditor # : 27 George L. Stankevych M.D. 4309 Medical Center Drive Suite B300 McHenry Illinois 60050 | | | | | | | |
| Account No:   0076 | J | | | | | | $ 119.60 |
| Creditor # : 28 Harris & Harris LTd 600 W. Jackson Blvd, Ste 700 Chicago IL  60661 | | | | | | | |
| Account No:   0327 | J | | | | | | $ 522.64 |
| Creditor # : 29 Harris & Harris LTd 600 W. Jackson Blvd, Ste 700 Chicago IL  60661 | | | | | | | |
| Account No:   5376 | J | | | | | | $ 1,668.76 |
| Creditor # : 30 Household Bank eCast Settlement Corp PO Box 35480 Newark NJ 07193 | | | | | | | |
| Account No:   5376 | J | | | | | | $ 2,109.05 |
| Creditor # : 31 Household Credit Services P.O. Box 98715 Las Vegas NV 89193-8715 | | | | | | | |
| Account No:   2884 | J | | | | | | $ 19.46 |
| Creditor # : 32 Illinois Collection Serv. Inc P.O. Box 646 Oak Lawn  IL  60454-0646 | | | | | | | |

Sheet No.   5   of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   5,029.04
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    5015<br>Creditor # : 33<br>John A. Elstrom MD PC<br>1110 N. Green St., Ste O<br>McHenry IL  60050 | J | | | | | | $ 477.00 |
| Account No:    6087<br>Creditor # : 34<br>Lake/McHenry Pathology Assoc.<br>641 E. Butterfield Road, Ste 4<br>Lombard IL  60148 | J | | | | | | $ 41.00 |
| Account No:    0587<br>Creditor # : 35<br>Lake/McHenry Pathology Assoc.<br>641 E. Butterfield Road, Ste 4<br>Lombard IL  60148 | J | | | | | | $ 41.00 |
| Account No:    8758<br>Creditor # : 36<br>Lake/McHenry Pathology Associa<br>641 E. Butterfield Rd Ste 407<br>Lombard IL  60148 | J | | | | | | $ 46.00 |
| Account No:    0050<br>Creditor # : 37<br>McHenry Radiologists and Imagi<br>P.O. Box 220<br>McHenry IL  60051 | J | | | | | | $ 38.80 |
| Account No:    0327<br>Creditor # : 38<br>McHenry Radiologists and Imagi<br>P.O. Box 220<br>McHenry IL  60051 | J | | | | | | $ 137.00 |

Sheet No.    6  of    15 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    780.80
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: 0078 Creditor # : 39 McHenry Radiologists and Imagi P.O. Box 71073 Chicago IL 60694-5401 | J | | | | | | $ 33.00 |
| Account No: 0327 Creditor # : 40 McHenry Radiologists and Imagi P.O. Box 220 McHenry IL 60051 | J | | | | | | $ 27.40 |
| Account No: 0040 Creditor # : 41 McHenry Radiologists and Imagi P.O. Box 220 McHenry IL 60051 | J | | | | | | $ 43.00 |
| Account No: 5525 Creditor # : 42 McHenry Township Fire Dept. Department M2 P.O. Box 457 Wheeling IL 60090 | J | | | | | | $ 59.00 |
| Account No: 0888 Creditor # : 43 Medical Recovery Specialists 2350 E. Devon Avenue Suite 225 Des Plaines IL 60018 | J | | | | | | $ 75.74 |
| Account No: 0076 Creditor # : 44 Medical Recovery Specialists, 2200 East Devon Avenue, Suite 288 Des Plaines IL 60018 | J | | | | | | $ 119.60 |

Sheet No. _7_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    357.74
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  _Stanley B. Nowak and Jolanta Nowak_____ / Debtor      Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    *0327*<br>*Creditor # : 45*<br>*Medical Recovery Specialists,*<br>*2200 East Devon Avenue,*<br>*Suite 288*<br>*Des Plaines IL 60018* | J | | | | | | $ 522.64 |
| Account No:    *9016*<br>*Creditor # : 46*<br>*Money Control Inc.*<br>*7891 Mission Grove Parkway S.*<br>*Riverside CA 92508* | J | | | | | | $ 606.38 |
| Account No:    *0507*<br>*Creditor # : 47*<br>*Moraine Emergency Physicians*<br>*P.O. Box 8759*<br>*Philadelphia PA 19101-8759* | J | | | | | | $ 300.00 |
| Account No:    *3270*<br>*Creditor # : 48*<br>*Moraine Emergency Physicians*<br>*P.O. Box 8759*<br>*Philadelphia PA 19101-8759* | J | | | | | | $ 210.00 |
| Account No:    *0530*<br>*Creditor # : 49*<br>*Moraine Emergency Physicians*<br>*P.O. Box 8759*<br>*Philadelphia PA 19101-8759* | J | | | | | | $ 88.20 |
| Account No:    *2686*<br>*Creditor # : 50*<br>*Moraine Emergency Physicians*<br>*P.O. Box 8759*<br>*Philadelphia PA 19101-8759* | J | | | | | | $ 24.80 |

Sheet No.   _8_ of   _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    *1,752.02*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re Stanley B. Nowak and Jolanta Nowak _____ / Debtor     Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: **T091** <br> **Creditor # : 51** <br> **NCO Financial Systems** <br> **P.O. Box 8547** <br> **Philadelphia PA 19101** | J | | | | | $ 280.00 |
| Account No: **5 4** <br> **Creditor # : 52** <br> **Nicor** <br> **P.O. Box 310** <br> **Aurora IL 60507-0310** | J | | | | | $ 701.08 |
| Account No: **3 1** <br> **Creditor # : 53** <br> **Nicor** <br> **P.O. Box 310** <br> **Aurora IL 60507-0310** | J | | | | | $ 1,947.38 |
| Account No: **38 7** <br> **Creditor # : 54** <br> **Nicor Gas** <br> **Attention Bankruptcy & Collect** <br> **P.O. Box 549** <br> **Aurora Illinois 60507** | J | **Utility Bills** | | | | $ 3,276.53 |
| Account No: **24 9** <br> **Creditor # : 55** <br> **Nicor Gas** <br> **Attention Bankruptcy & Collect** <br> **P.O. Box 549** <br> **Aurora Illinois 60507** | J | **Utility Bills** | | | | $ 4,438.75 |
| Account No: **1589** <br> **Creditor # : 56** <br> **North Shore Agency NYA S1** <br> **P.O. Box 8901** <br> **Westbury NY  11590-8901** | J | | | | | $ 6.89 |

Sheet No. __9__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    10,650.63
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  _0327_ <br> _Creditor # : 57_ <br> _Northern IL Medical Center_ <br> _P.O. Box 1447_ <br> _Woodstock IL   60098_ | J | | | | | $ 522.64 |
| Account No:  _0327_ <br><br> _Representing:_ <br> _Northern IL Medical Center_ | | _Great Lakes Financial Services_ <br> _322 S. Green Ste 510_ <br> _Chicago IL   60607_ | | | | |
| Account No:  _7989_ <br> _Creditor # : 58_ <br> _Northern IL Medical Center_ <br> _P.O. Box 1447_ <br> _Woodstock IL   60098_ | J | | | | | $ 47.25 |
| Account No:  _7989_ <br><br> _Representing:_ <br> _Northern IL Medical Center_ | | _Great Lakes Financial Services_ <br> _322 S. Green Ste 510_ <br> _Chicago IL   60607_ | | | | |
| Account No:  _0305_ <br> _Creditor # : 59_ <br> _Northern IL Medical Center_ <br> _P.O. Box 1447_ <br> _Woodstock IL   60098_ | J | | | | | $ 712.40 |
| Account No:  _0305_ <br><br> _Representing:_ <br> _Northern IL Medical Center_ | | _Great Lakes Financial Services_ <br> _322 S. Green Ste 510_ <br> _Chicago IL   60607_ | | | | |

Sheet No.  _10_  of  _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     | 1,282.29

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: *0102* *Creditor # : 60* *Northern IL Medical Center* *P.O. Box 1447* *Woodstock IL   60098* | *J* | | | | | *$ 3,806.85* |
| Account No: *0102* *Representing:* *Northern IL Medical Center* | | *Great Lakes Financial Services* *322 S. Green Ste 510* *Chicago IL   60607* | | | | |
| Account No: *0053* *Creditor # : 61* *Northern IL Medical Center* *P.O. Box 1447* *Woodstock IL   60098* | *J* | | | | | *$ 84.18* |
| Account No: *0053* *Representing:* *Northern IL Medical Center* | | *Great Lakes Financial Services* *322 S. Green Ste 510* *Chicago IL   60607* | | | | |
| Account No: *0305* *Creditor # : 62* *Northern IL Medical Center* *P.O. Box 1447* *Woodstock IL   60098* | *J* | | | | | *$ 1,180.40* |
| Account No: *0305* *Representing:* *Northern IL Medical Center* | | *Great Lakes Financial Services* *322 S. Green Ste 510* *Chicago IL   60607* | | | | |

Sheet No. _11_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      *5,071.43*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   0268 Creditor # : 63 Northern IL Medical Center P.O. Box 1447 Woodstock IL  60098 | J | | | | | $ 11.27 |
| Account No:   0268 Representing: Northern IL Medical Center | | Great Lakes Financial Services 322 S. Green Ste 510 Chicago IL  60607 | | | | |
| Account No:   0050 Creditor # : 64 Northern IL Medical Center P.O. Box 1447 Woodstock IL  60098 | J | | | | | $ 474.14 |
| Account No:   0050 Representing: Northern IL Medical Center | | Great Lakes Financial Services 322 S. Green Ste 510 Chicago IL  60607 | | | | |
| Account No:   1830 Creditor # : 65 OSI Collection Svs. Inc. P.O. Box 9964 Brookfield Wisconsin 53008 | J | | | | | $ 210.00 |
| Account No: Creditor # : 66 Pellettieri & Associates PC 991 Oake Creek Drive Lombard IL  60148-6408 | J | creditor:  Centegra Health Care | | | | $ 1,087.40 |

Sheet No.  _12_  of  _15_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)       1,782.81

Total $ (Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  Stanley B. Nowak and Jolanta Nowak                              / Debtor       Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:    9235  Creditor # : 67 Quest Diagnostics P.O. Box13589 Philadelphia PA 19101-3589 | | J | | | | | $ 51.50 |
| Account No:    787R  Creditor # : 68 Quest Diagnostics P.O. Box 64500 Baltimore MD 21264-4500 | | J | | | | | $ 5.28 |
| Account No:    2380  Creditor # : 69 Quest Diagnostics P.O. Box 64500 Baltimore MD 21264-4500 | | J | | | | | $ 6.37 |
| Account No:    6787  Creditor # : 70 Quest Diagnostics P.O. Box 64500 Baltimore MD 21264-4500 | | J | | | | | $ 123.85 |
| Account No:    0502  Creditor # : 71 Reader's DigestYoung Families P.O. Box 5078 Clifton NJ 07015-5078 | | J | | | | | $ 11.67 |
| Account No:    2363  Creditor # : 72 Russell Pollina DDS PC 18-3 E Dundee Rd Ste 102 Barrington  IL  60010 | | J | | | | | $ 484.60 |

Sheet No.   13   of   15   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)                    683.27

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  Stanley B. Nowak and Jolanta Nowak                    / Debtor        Case No._____
                                                                                            (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:  *9200*<br>*Creditor # : 73*<br>*Startec Global Communications*<br>*P.O. Box 173935*<br>*Denver CO 80217-3635* | J | | | | | $ 19.26 |
| Account No:  *8485*<br>*Creditor # : 74*<br>*Surgical Assoc. of Fox Valley*<br>*690 E. Terra Cota Ave Ste A*<br>*Crystal Lake IL  60014-3605* | J | | | | | $ 85.00 |
| Account No:<br>*Creditor # : 75*<br>*Trackers, Inc.*<br>*Collection Bureau POB 1227*<br>*1970 Spruce Hills Drive*<br>*Bettendorf Iowa 52722* | J | *creditor:  First Midwest Bank--Joliet* | | | | $ 361.22 |
| Account No:  *9722*<br>*Creditor # : 76*<br>*Visa Platinum*<br>*P.O. Box 660022*<br>*Dallas  TX 75266-0022* | J | | | | | $ 841.42 |
| Account No:  *9722*<br>*Creditor # : 77*<br>*Visa Platinum*<br>*P.O. Box 660022*<br>*Dallas  TX 75266-0022* | J | | | | | $ 904.36 |
| Account No:  *13-0*<br>*Creditor # : 78*<br>*Waste Management North*<br>*P.O. Box 9001797*<br>*Louisville KY 40290-1797* | J | | | | | $ 306.00 |

Sheet No.  _14_ of  _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      *2,517.26*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:   6764 | J | | | | | | $ 424.00 |
| Creditor # : 79 Welll Card Neonatologists P.O. Box 360 South Elgin IL  60177 | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |

Sheet No. _15_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | | 424.00 |
| Total $ (Report total also on Summary of Schedules) | | 49,274.90 |

FORM B6G (10/05) West Group, Rochester, NY

In re *Stanley B. Nowak and Jolanta Nowak* _____ / Debtor          Case No. _____

_____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Lester Novak*<br>*5231 Cleveland Drive*<br>*McHenry IL    60050* | Contract Type:*Residential   Lease*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *$500 per month*<br><br>Buyout Option: |

In re *Stanley B. Nowak and Jolanta Nowak* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (11/05) West Group, Rochester, NY

In re _Stanley B. Nowak and Jolanta Nowak_ _____ / Debtor    Case No. _____
(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | _daughter_ | _12_ |
| | _daughter_ | _6_ |
| | _daughter_ | _4_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Truck driver_ | _Housecleaner, caregiver_ |
| Name of Employer | _Monarch Air Express, Inc_ | _Various private clients_ |
| How Long Employed | _xx_ | _xx_ |
| Address of Employer | _xx_ _xx Illinois   XX_ | _xxx_ _xx Illinois   XX_ |

Income: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | | $ _2,457.00_ | $ _2,132.00_ |
| 2. Estimated Monthly Overtime | | $ _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | | $ _2,457.00_ | $ _2,132.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll Taxes and Social Security | | $ _625.00_ | $ _506.60_ |
| b. Insurance | | $ _320.71_ | $ _0.00_ |
| c. Union Dues | | $ _0.00_ | $ _0.00_ |
| d. Other  (Specify): | | $ _0.00_ | $ _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ _945.71_ | $ _506.60_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ _1,511.29_ | $ _1,625.40_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ _0.00_ | $ _0.00_ |
| 8. Income from Real Property | | $ _500.00_ | $ _0.00_ |
| 9. Interest and dividends | | $ _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ _0.00_ | $ _0.00_ |
| 11. Social Security or other government assistance | | | |
| Specify: | | $ _0.00_ | $ _0.00_ |
| 12. Pension or retirement income | | $ _0.00_ | $ _0.00_ |
| 13. Other monthly income | | | |
| Specify: | | $ _0.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ _500.00_ | $ _0.00_ |
| 15. TOTAL MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | | $ _2,011.29_ | $ _1,625.40_ |
| 16. TOTAL COMBINED MONTHLY INCOME: | $ _3,636.69_ | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (11/05) West Group, Rochester, NY

In re *Stanley B. Nowak and Jolanta Nowak* _____ / Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|   a. Are real estate taxes included?    Yes ☐    No ☒ | | |
|   b. Is property insurance included?    Yes ☐    No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 225.00 |
|       b. Water and sewer | $ | 35.00 |
|       c. Telephone | $ | 78.00 |
|       d. Other | $ | 0.00 |
|         Other | $ | 0.00 |
|         Other | $ | 0.00 |
| 3. Home maintenance (Repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 310.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | $ | 50.00 |
|       b. Life | $ | 0.00 |
|       c. Health | $ | 0.00 |
|       d. Auto | $ | 125.00 |
|       e. Other | $ | 0.00 |
|         Other | $ | 0.00 |
|         Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)    *RE taxes* | $ | 175.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | $ | 0.00 |
|       b. Other: | $ | 0.00 |
|       c. Other: | $ | 0.00 |
|       d. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: *PMI* | $ | 38.00 |
|   Other: | $ | 0.00 |
|   Other: | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,636.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|   a. Total monthly income from Line 16 of Schedule I | $ | 3,636.69 |
|   b. Total monthly expenses from Line 18 above | $ | 1,636.00 |
|   c. Monthly net income (a. minus b.) | $ | 2,000.69 |

FORM B6 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re **Stanley B. Nowak and Jolanta Nowak**

Case No.

Chapter **13**

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $      170,000.00 | | |
| B-Personal Property | *Yes* | *3* | $        7,800.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    129,519.26 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *16* | | $     49,274.90 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      3,636.69 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      1,636.00 |
| TOTAL | | | $      177,800.00 | $    178,794.16 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re *Stanley B. Nowak and Jolanta Nowak*                    Case No.

Chapter  *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

The forgoing information is for statistical purposes only under 28 U.S.C. § 159.

FORM B6 (10/05) West Group, Rochester, NY

In re *Stanley B. Nowak and Jolanta Nowak* _____ / Debtor      Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____29_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *7/19/2006* _____      Signature */s/ Stanley B. Nowak* _____
                                                *Stanley B. Nowak*

Date: *7/19/2006* _____      Signature */s/ Jolanta Nowak* _____
                                                *Jolanta Nowak*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: *Stanley B. Nowak*
   *and*
   *Jolanta Nowak*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE

*Year to date: $16,000*
   *Last Year:  $50,000*
*Year before: $50,000*

---

*Year to date:  $4,300*
   *Last Year:*
*Year before:*

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not filed.)

☒ NONE

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Option One v. Stanley Novak and Jolanta Novak* | *foreclosure* | *Circuit Court of McHenry County* | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Option One Mortgage Corporation Address:* | | *Description: 5231 Cleveland Drive, McHenry, IL Value: $120,000* |

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Paul M. Bach*<br>*Address:*<br>*1955 Shermer Road, Unit 150*<br>*Northbrook, IL 60062* | *Date of Payment:*<br>*Payor: NOWAK, STANLEY B.* | *$800.00* |

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

☒ NONE

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  7/19/2006                          Signature  */s/ Stanley B. Nowak*

Date  7/19/2006                          */s/ Jolanta Nowak*

of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re   *Stanley B. Nowak*                                              Case No.
    *and*                                                          Chapter *13*
*Jolanta Nowak*

_____ / Debtor

Attorney for Debtor:   *Paul M. Bach*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*2,500.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____*1,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $ _____*1,500.00*

3.  $ _____*274.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *7/19/2006*                              Respectfully submitted,


                       X */s/ Paul M. Bach* _____
Attorney for Petitioner:*Paul M. Bach*
                             *Law Firm of Paul M. Bach*
                             *1955 Shermer Road, Unit 150*
                             *Northbrook IL  60062*

A/R Concepts, Inc.
2320 Dean St., Bldg 2-202
St Charles, IL   60175

ACC International
919 Estes Court
Schaumburg, IL   60193-4436

Advertiser Network
236 W. State Route 173
Antioch , Illinois  60002-1897

Advocate Lutheran General Hosp
1775 Dempster Street
Park Ridge, Illinois   60068

Advocate Medical Group
P.O. Box 92523
Chicago, Illinois  60675-2523

American General Finance
4005 W. Kane Ave Ste M
McHenry, IL   60050-6305

American Medical Collection
2269 South Saw Mill River Rd
Building 3
Elmsford, New York   10523

American Medical Collection
2269 S. Saw Mill Road, Bldg 3
Elmsford, NY   10523

Midwestern Regional Center

Anes Assoc. Crystal Valley
4309 Medical Center Drive
Suite A201
McHenry, IL   60050

Anes. Assoc. of Crystal Valley
4309 Medical Center Drive
Suite A201
McHenry, IL   60050

AT&T Broadband
P.O. Box 173885
Denver, CO  80217-3885

AT&T Wireless
P.O. Box 8220
Aurora, IL   60572-8220

Bankcard Services
P.O. Box 17051
Baltimore, MD  21297-1051

Bohdan J. Kroczek MD
150 N. River Road @230
Des Plaines, IL   60016

Centre, c/o Client Ca
c/o Pellettieri & Assoc. P.C.
991 Oak Creek Dr.
Lombard, IL  60148

ComEd
Bill Payment Center
Chicago, IL  60668-001

Cross Country Bank
P.O. Box 10011
Huntington, WV  25770-0011

Discover Card
P.O. Box 8003
Hilliard, Ohio  43026-8003

Easy Dental Care LLC
712 Front St.
McHenry, IL  60050

Family Medicine for McHenry C
Payment Processing Center
P.O. Box 742518
Cincinnati, Ohio  45274-2518

George L. Stankevych M.D.
4309 Medical Center Drive
Suite B300
McHenry, Illinois  60050

Great Lakes Financial Services
322 S. Green Ste 510
Chicago, IL  60607

Harris & Harris LTd
600 W. Jackson Blvd, Ste 700
Chicago, IL  60661

Household Bank
eCast Settlement Corp
PO Box 35480
Newark, NJ  07193

Household Credit Services
P.O. Box 98715
Las Vegas, NV  89193-8715

Illinois Collection Serv. Inc
P.O. Box 646
Oak Lawn , IL  60454-0646

John A. Elstrom MD PC
1110 N. Green St., Ste O
McHenry, IL  60050

Lake/McHenry Pathology Assoc.
641 E. Butterfield Road, Ste 4
Lombard, IL  60148

Lake/McHenry Pathology Associ

641 E. Butterfield Rd Ste 407
Lombard, IL   60148

Lester Novak
5231 Cleveland Drive
McHenry, IL   60050

McHenry County Treasurer
2200 N. Seminary Street
Woodstock, Illinois  60098

McHenry Radiologists and Imagi
P.O. Box 71073
Chicago, IL   60694-5401

McHenry Radiologists and Imagi
P.O. Box 220
McHenry, IL   60051

McHenry Township Fire Dept.
Department M2
P.O. Box 457
Wheeling , IL   60090

Medical Recovery Specialists
2350 E. Devon Avenue
Suite 225
Des Plaines, IL   60018

Medical Recovery Specialists,
2200 East Devon Avenue,
Suite 288
Des Plaines, IL  60018

Money Control Inc.
7891 Mission Grove Parkway S.
Riverside, CA  92508

Moraine Emergency Physicians
P.O. Box 8759
Philadelphia, PA  19101-8759

NCO Financial Systems
P.O. Box 8547
Philadelphia, PA  19101

Nicor
P.O. Box 310
Aurora, IL  60507-0310

Nicor Gas
Attention Bankruptcy & Collect
P.O. Box 549
Aurora, Illinois  60507

North Shore Agency NYA S1
P.O. Box 8901
Westbury, NY   11590-8901

Northern IL Medical Center
P.O. Box 1447
Woodstock, IL    60098

Stanley B. Nowak
5231 Cleveland
McHenry, Illinois   60050

Jolanta Nowak
5231 Cleveland
McHenry, Illinois   60050

Option One Mortage Corporation
P.O. Box 5267
Walnut Creek, CA   94596

OSI Collection Svs. Inc.
P.O. Box 9964
Brookfield, Wisconsin   53008

Paul M. Bach
1955 Shermer Road, Unit 150
Northbrook, IL   60062

Pellettieri & Associates PC
991 Oake Creek Drive
Lombard, IL    60148-6408

Pierce & Associates
1 North Dearborn, Suite 1300
Chicago, IL   60602

Quest Diagnostics
P.O. Box13589
Philadelphia, PA   19101-3589

Quest Diagnostics
P.O. Box 64500
Baltimore, MD   21264-4500

Reader's DigestYoung Families
P.O. Box 5078
Clifton, NJ   07015-5078

Redline Recovery Services, LLC
6464 Savoy Drive, 4th Floor
Houston, TX   77036

Russell Pollina DDS PC
18-3 E Dundee Rd Ste 102
Barrington , IL   60010

Startec Global Communications
P.O. Box 173935
Denver, CO   80217-3635

Surgical Assoc. of Fox Valley
690 E. Terra Cota Ave Ste A
Crystal Lake, IL   60014-3605

Trackers Inc.
Collection Bureau POB 1227
1970 Spruce Hills Drive
Bettendorf, Iowa  52722

Visa Platinum
P.O. Box 660022
Dallas , TX  75266-0022

Waste Management North
P.O. Box 9001797
Louisville, KY  40290-1797

Weinstein,Treiger & Reilly
2101 4th Avenue
Ste 900
Seattle,  WA  98121

Welll Card Neonatologists
P.O. Box 360
South Elgin, IL   60177

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| *7/19/2006* | */s/Stanley B. Nowak* | |
| Date | Signature of Debtor | Case Number |
| *7/19/2006* | */s/Jolanta Nowak* | |
| Date | Signature of Joint Debtor | |

DEBTOR COPY          COURT COPY
(circle one)