# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STANLEY B. NOWAK & JOLANTA NOWAK  Case Number: 06-71278
5231 CLEVELAND
MCHENRY, IL  60050
SSN-xxx-xx-5159 & xxx-xx-5293

Case filed on: 7/24/2006
Plan Confirmed on: 11/22/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $10,700.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 004 | OPTION ONE MORTGAGE CORPORATION | 0.00 | 0.00 | 8,821.62 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 8,821.62 | 0.00 |
| 000 | ATTORNEY PAUL M BACH | 2,774.00 | 2,774.00 | 1,244.16 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 1,244.16 | 0.00 |
| 003 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WEINSTEIN, TREIGER & REILLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | REDLINE RECOVERY SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | GREAT LAKES FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 099 | ILLINOIS DEPARTMENT OF REVENUE | 1,301.57 | 1,301.57 | 0.00 | 0.00 |
|  | Total Priority | 1,301.57 | 1,301.57 | 0.00 | 0.00 |
| 999 | STANLEY B. NOWAK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MCHENRY COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | OPTION ONE MORTGAGE CORPORATION | 28,365.04 | 28,365.04 | 0.00 | 0.00 |
| 095 | LESTER NOVAK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 28,365.04 | 28,365.04 | 0.00 | 0.00 |
| 006 | A/R CONCEPTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | A/R CONCEPTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | A/R CONCEPTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ADVERTISER NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ADVERTISER NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ADVOCATE LUTHERAN GENERAL HOSP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ADVOCATE MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMERICAN MEDICAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AMERICAN MEDICAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MIDWESTERN REGIONAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ANES ASSOC. CRYSTAL VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ANES. ASSOC. OF CRYSTAL VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | AT&T BROADBAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CINGULAR WIRELESS LLC | 258.90 | 258.90 | 0.00 | 0.00 |
| 023 | BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BOHDAN J. KROCZEK MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CENTREGA HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COMED CO | 1,845.86 | 1,845.86 | 0.00 | 0.00 |
| 027 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | DISCOVER FINANCIAL SERVICES | 5,184.18 | 5,184.18 | 0.00 | 0.00 |
| 031 | EASY DENTAL CARE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | EASY DENTAL CARE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | FAMILY MEDICINE FOR MCHENRY C | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | GEORGE L. STAN KEVYCH M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | HARRIS & HARRIS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | HARRIS & HARRIS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ECAST SETTLEMENT CORPORATION | 1,954.55 | 1,954.55 | 0.00 | 0.00 |
| 038 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 039 | ILLINOIS COLLECTION SERV. INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | JOHN A. ELSTROM MD PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | MCHENRY RADIOLOGISTS & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MCHENRY RADIOLOGISTS & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | MCHENRY RADIOLOGISTS & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | MCHENRY RADIOLOGISTS & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | MCHENRY RADIOLOGISTS & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | MCHENRY TOWNSHIP FIRE DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | MONEY CONTROL INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | NICOR GAS | 3,187.90 | 3,187.90 | 0.00 | 0.00 |
| 062 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | NORTH SHORE AGENCY NYA | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | NORTHERN ILLINOIS MEDICAL CENTER | 229.23 | 229.23 | 0.00 | 0.00 |
| 066 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | OSI COLLECTION SVS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | PELLETTIERI & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | READERS DIGEST YOUNG FAMILIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | RUSSELL POLLINA DDS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | STARTEC GLOBAL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | SURGICAL ASSOC OF FOX VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | TRACKERS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | ECAST SETTLEMENT CORPORATION | 867.41 | 867.41 | 0.00 | 0.00 |
| 092 | VISA PLATINUM | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | WASTE MANAGEMENT NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 094 | WELL CARD NEONATOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | ECAST SETTLEMENT CORPORATION | 573.82 | 573.82 | 0.00 | 0.00 |
| 097 | B-LINE LLC | 1,328.35 | 1,328.35 | 0.00 | 0.00 |
| 098 | CINGULAR WIRELESS LLC | 330.09 | 330.09 | 0.00 | 0.00 |
| 099 | ILLINOIS DEPARTMENT OF REVENUE | 190.40 | 190.40 | 0.00 | 0.00 |
| | Total Unsecured | 15,950.69 | 15,950.69 | 0.00 | 0.00 |
| | Grand Total: | 48,391.30 | 48,391.30 | 10,065.78 | 0.00 |

Total Paid Claimant:   $10,065.78
Trustee Allowance:   $634.22
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                    By  /s/Heather M. Fagan